Certificate Number: 01401-FLM-CC-032163109



01401-FLM-CC-032163109

# CERTIFICATE OF COUNSELING

I CERTIFY that on January 15, 2019, at 6:17 o'clock PM EST, Ayanay Gonzalez received from GreenPath, Inc., an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the Middle District of Florida, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet.

Date:  January 15, 2019          By:    /s/Jeremy Lark

Name:  Jeremy Lark

Title:  FCC Manager

\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. See 11 U.S.C. §§ 109(h) and 521(b).